IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUN 14  AM 11: 47

CLERK _____
SO. ___ OF GA.

Patrick L. Webb
   Plaintiff,   \*  CV404-200
           \*
vs.          \*
           \*
Georgia Parole Board, et al. \*
   Defendant,   \*
           \*
           \*

### ORDER

The Appellant's motion for leave to proceed on appeal having been denied,

**IT IS HEREBY ORDERED** that the Order of the Eleventh Circuit Court of Appeals is made the Order of this Court.

This ___14___ day of ___July___, 2006.

_____
Judge B. Avant Edenfield
United States District Court
Southern District of Georgia